# United States Marshals Service
## District of Nevada
### Prisoner Restraint Request

***CONFIDENTIAL INFORMATION – NOT FOR PUBLIC DISSEMINATION***

| | |
|---|---|
| Today's Date: | 01/02/18 |
| Prisoner/USMS#: | KVETAN, MAXIMILLIAN #47095-048 |
| D/NV Court Case #: | 2:16-cr-00184-KJD-PAL |
| Charges: | CTC-FAIL |

| Existing Restraint Order? | N | Judge: | | Date: | |
|---|---|---|---|---|---|

**USMS Recommendation:** It is the U.S. Marshals' standing recommendation that every defendant be in restraints while in the courtroom. Our specific recommendation regarding this defendant is: ☐ Full  ☑ Legs Only

| USMS Submitted By: | C. Arzate | USMS Approved By: | Palmer |
|---|---|---|---|

## RISK FACTORS

| | | | | | |
|---|---|---|---|---|---|
| Violence/Attempts to flee at time of arrest: | | Disruptive Courtroom Behavior: | | Suicidal: | |
| Assaults/Attempted assaults while in custody: | | Disruptive Jail Behavior: | | Intoxicated: | |
| Defiant behavior towards jail/judicial authorities: | | Does Not Follow Commands: | | Altered Mental State: | |
| Escape Risk: | X | Threatening Remarks: | | | |

## CRIMINAL HISTORY

| Offense | Arrests | Offense | Arrests | Offense | Arrests |
|---|---|---|---|---|---|
| Homicide/Attempted Homicide: | | Escape: | X | Other (see below): | X |
| Assault/Battery: | X | Resisting/Evading an Officer: | | Other (see below): | |
| Threats/Intimidation/Extortion: | | Contempt of Court: | | | |

**Additional Information:**
Disorderly Conduct(brawling/fighting), Trespass, Grand Theft auto, Bank Robbery, Pos. Stolen prop., Poss/conspiracy Heroin/marijuana w/intent sell, Battery dom. violence,

Presiding Judge: _[signature]_  Date: Janry 3, 2018

**JUDICIAL DECISION:** ☐ Full  ☒ Legs Only  ☐ None

Rev: 09-17